**IT IS SO ORDERED.**

**Dated: 04:16 PM August 27 2009**

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | Case No. 09-52853 |
| | : | Chapter 7; Judge Shea-Stonum |
| Lucyna Jadwiga Guzik | : | **ORDER FOR RELIEF FROM** |
| | : | **STAY AND ABANDONMENT** |
| Debtor. | : | **NUNC PRO TUNC** |
| | : | **(2006 TOYOTA SCION)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment *Nunc Pro Tunc* (the "Motion") filed by Toyota Motor Credit Corporation ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

2. The Trustee is authorized and directed to abandon the 2006 Toyota Scion which is the subject of the Motion.

###

SUBMITTED BY:

/s/Deborah P. Ecker
Deborah P. Ecker, Case Attorney for
Toyota Motor Credit Corporation
Bar Registration No: 0019295
Luper Neidenthal & Logan
50 W. Broad Street, Suite 1200
Columbus, OH 43215
614/229-4402 Telephone
866/345-4948 Facsimile
decker@lnlattorneys.com

Copies to:

*REGULAR MAIL:*

Lucyna Jadwiga Guzik
749 West Streetsboro Street, Unit D
Hudson, Ohio 44236

*ELECTRONIC SERVICE:*

- Deborah P Ecker    decker@lnlattorneys.com
- Donald P Mitchell    bankruptcyfiles@wmconnect.com
- Robert S. Thomas    rsttrustee@yahoo.com, oh68@ecfcbis.com
- United States Trustee    (Registered address)@usdoj.gov

# CERTIFICATE OF NOTICE

```
District/off: 0647-5         User: bmont              Page 1 of 1              Date Rcvd: Aug 27, 2009
Case: 09-52853               Form ID: pdf853          Total Noticed: 1

The following entities were noticed by first class mail on Aug 29, 2009.
db            Lucyna Jadwiga Guzik,    749 West Streetsboro St.,    Unit D,    Hudson, OH  44236
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Toyota Motor Credit Corporation
                                                                                       TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2009**                         Signature:   *Joseph Speetjens*